✍AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BENNIE LEE RICHARDSON | ) | Case No: 1:06-CR-00042-001 |
| | ) | USM No: 09412-003 |
| Date of Previous Judgment: 01/25/2007 | ) | J.Clark Stankoski |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __300__ months **is reduced to** __243 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 38 | | Amended Offense Level: 36 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 292 to 365 months | | Amended Guideline Range: 235 to 293 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The original sentence was 300 months as to counts one and nineteen, and 240 months as to count twenty, all to be served concurrently. The amended sentence is now 243 months as to counts one and nineteen, and 240 months as to count twenty, all to be served concurrently. (Count 20 is subject to a maximum sentence of 240 months.)

Except as provided above, all provisions of the judgment dated __01/25/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/11/2008

/s/ Callie V. S. Granade
Judge's signature

Effective Date: _____
(if different from order date)

Callie V. S. Granade, Chief U.S. District Judge
Printed name and title