AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 06-00042-001 |
| BENNIE LEE RICHARDSON ) | USM No: 09412-003 |
| ) | |
| Date of Original Judgment: 1/25/2007 ) | |
| Date of Previous Amended Judgment: 12/11/2008 ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

A calculation of the guidelines under the Fair Sentencing Act of 2010 results in a base offense level of 36, the same as it was under the previous amended judgment. The defendant is therefore not entitled to a further reduction in sentence.

Except as otherwise provided, all provisions of the judgment dated  12/11/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 1/12/2012

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*